IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. $40,255.36 IN FUNDS FROM BANK OF AMERICA ACCOUNT # 325118371144 IN THE NAME OF HARRISON ARTEM CONSULTING,

 Defendant.

___

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**
___

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

## JURISDICTION AND VENUE

1. The United States of America ("the United States") has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 981(a)(1)(A) and (C), seeking forfeiture of the defendant as proceeds traceable to one or more violations of 18 U.S.C. § 1343 and property involved in one or more violations of 18 U.S.C. §§ 1956 and/or 1957.

2. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

3. Venue is proper 28 U.S.C. § 1395, as some of the acts described herein occurred in the District of Colorado.

1

## DEFENDANT PROPERTY

4. Defendant property is more fully described as:

a. $40,255.36 in funds from Bank of America account # 325118371144 in the name of Harrison Artem Consulting ("defendant $40,255.36 from Bank of American account #1144") seized on April 9, 2020, and currently in the custody of the United States Marshals Service in Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

5. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND INFORMATION

6. In February 2020, the Federal Bureau of Investigation (FBI) began an investigation into a scheme to obtain funds from Viega, LLC by fraudulent means.

7. The fraudulent scheme, commonly referred to as a "Business Email Compromise," (BEC), refers to an individual or group of individuals that targets a victim company, via email. The BEC individual or group sends the victim company an email posing as a legitimate vendor or associate of the victim company. The content of the email often directs the victim company employee or employees to wire money to an account, or to modify existing banking information from the legitimate vendor of the victim company. The account that the victim company is directed to send money to is not associated with the legitimate vendor, but is an account used to facilitate the movement of the stolen funds to BEC actors domestically and/or abroad.

## UNDERLYING INVESTIGATION

8. On February 18, 2020, Viega LLC ("Viega"), an international manufacturer of plumbing and HVAC solutions, filed a complaint with the FBI stating they were a victim of a BEC fraud, in the amount of $2,456,450.54.

9. On January 22, 2020, a Viega Employee in Broomfield, Colorado received an email that appeared to be from Conco Construction, Inc. ("Conco"), a legitimate Viega vendor.

10. The email contained instructions for wiring funds to Conco. However, the instructions were incorrect and included instructions to wire the funds to Bank of America account, ending in 5699 ("BOA account # 5699").

11. BOA account # 5699 is not associated with Conco or Viega in any way.

12. Because of the email containing the incorrect banking information, Viega wired funds to Bank of America account # 5699 on the following three occasions:

| Date | Amount transferred from Viego into account # 5699 |
|---|---|
| January 24, 2020 | $1,167,291.30 |
| January 30, 2020 | $1,103,783.49 |
| February 6, 2020 | $185,375.75 |

13. In total, Viega wired $2,456,450.54 into Bank of America account # 5699.

14. Upon further investigation, employees of Viega realized that the email contained the incorrect wiring instructions and that they had become involved in a Business Email Compromise fraud.

## FINANCIAL ANALYSIS

### Defendant $40,255.36 in funds from Bank of America account # 1144

15. On October 8, 2019, Bank of America account # 325118371144 ("BOA account # 1144"), in the name of Harrison Artem Consulting LLC was opened. Gwendolyn Harrison ("Harrison") is the sole signer on the account. This account is also not associated with Viega or Conco in any way.

16. On January 28, 2020, BOA account # 5699 began to transfer funds into BOA account # 1144. Prior to the first transfer from BOA account # 5699 to BOA account # 1144, the balance of BOA account # 1144 was $37.86.

17. Between January 28, 2020, and February 10, 2020, a total of $563,862.50 was transferred from account BOA account # 5699 to BOA account # 1144 in the name of Harrison Artem Consulting LLC. All of the funds transferred from BOA account # 5699 to BOA account # 1144 were comprised of stolen Viega funds.

18. The only other deposits between January 28, 2020 and February 10, 2020, consisted of a $300.00 cash deposit and a $45.00 bank fee refund.

19. Of the $563,862.50 transferred into BOA account # 1144 from BOA account # 5699, the majority of funds were depleted, via subsequent wire transfers. From January 30, 2020, to February 11, 2020, Harrison transferred a total of $520,950.00 into other accounts, including eight accounts in China.

20. In addition, between January 29, 2020, and February 10, 2020, Harrison made five cash withdrawals from BOA account # 1144, totaling $2,350.00.

21. The FBI executed a federal seizure warrant for the funds remaining in BOA account # 1144 from the wire transfers from BOA account # 5699. Defendant $40,255.36 was seized as proceeds traceable to wire fraud and property involved in money laundering.

## **CONCLUSION**

22. Based on the foregoing, defendant $40,255.36 in funds from Bank of America account  # 1144 is subject to forfeiture as proceeds traceable to wire fraud.  In addition, defendant $40,255.36 in funds from Bank of America account  # 1144 is subject to forfeiture as property involved in money laundering.

[*Remainder of page intentionally left blank.*]

## VERIFICATION OF DEBORAH SIKIYAN
## SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, Deborah Sikiyan, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

s/ Deborah Sikiyan
Deborah Sikiyan
Special Agent, FBI

STATE OF COLORADO    )
                     ) ss
COUNTY OF Denver     )

The foregoing was acknowledged before me this 30 day of October 2020 by Special Agent Deborah Sikiyan, Federal Bureau of Investigation.

Dana McMahon
Notary Public - Colorado
My Commission Expires:

DANA MCMAHON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204029252
MY COMMISSION EXPIRES 8/21/2024

6

## **FIRST CLAIM FOR RELIEF**

23. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

24. By the foregoing and other acts, defendant $40,255.36 in funds from Bank of America account # 1144 constitutes or was derived from proceeds traceable to wire fraud in violation of 18 U.S.C. § 1343, and is therefore forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## **SECOND CLAIM FOR RELIEF**

25. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

26. By the foregoing and other acts, defendant $40,255.36 in funds from Bank of America account # 1144 constitutes property involved in money laundering in violation of 18 U.S.C. §§ 1956 and/or 1957, and is therefore forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant $40,255.36 in funds from Bank of America account # 1144 in favor of the United States, that the United States be authorized to dispose of defendant in accordance with law, and that the Court enter a finding of probable cause for the seizure of defendant and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 2nd day of November 2020.

                Respectfully submitted,

                JASON R. DUNN
                United States Attorney

By:  s/*Laura B. Hurd*
       Laura B. Hurd
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Phone: (303) 454-0100
       Email: laura.hurd@usdoj.gov
       Attorney for the United States