**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2020

JEFFREY P. COLWELL
CLERK

Mail body: Civil Action No.: 20-cv-03264-stv

*Civil Action No.: 20-cv-03264-stv*

Certified #
7019 2970 0001 7461 1768

*Claim and Answer in Support of Request:*

*I humbly contest the Complaint for Forfeiture In Rem and submit this claim for my property of $40,255.36.*

*I further assert my interest in my asset of $40,255.36 from Bank of America Account # 325118371144 in the name of Harrison Artem Consulting L.L.C.*

*Bank of America closed all accounts (personal checking and savings, business checking and savings without advanced notifications on or about February 19, 2020.*

*The prematurely closed personal checking and savings account were established with our military direct deposits since the year of 2002. Those funds were credited back and returned to my possession on or about March 2, 2020.*

*Then multiple communiques with Bank of America militated the issuance on or about June 22, 2020 of a cashier's check for the business savings account withheld balance.*

*Bank of America stated verbally and followed with a written letter to further issue a cashier's check for the business checking account balance in the amount of $40,255.36. No viable explanation or reason was given as justification for the continued hold on the Business Checking Account Balance.*

*The purpose of Harrison Artem Consulting is to provide a platform of support services for victims of domestic violence through immediate safe housing, effective court legal advocacy, counseling, training on signs and cycles of abuse, emergency services, financial services, articles on Domestic Violence statistics*

*and referrals based on location, service and language needs.*

*This purpose and functionality of Harrison Artem Consulting were repeatedly communicated to Bank of America as the Domestic Violence need for support and services increased drastically due to Covid 19 and sheltering in place.*

*Assets in the amount of $40,255.36 were taken from this organization, withheld and never returned. Upon inquiry, Banking authorities ONLY communicated that this case was taken over by Colorado's Agent named Deborah Sikylan. No responses came from this agent although I made multiple attempts and left voice*

*messages.*

*Here, Now on November 6, 2020, 10 months later, a certified packet containing incomplete omitted documents, a bogus unverified complaint, consent/non-consent forms and heuristically proposed orders with a signature receipt.*

*This was the first and initial time I have been informed of the contents of the unsubstantiated allegations and or accusations. This information is false, fraudulent, speculative and a blatant misrepresentation hurling conjectures. Harrison Artem Consulting LLC has "NO" association, "NO" affiliation, "NO" knowledge and received "NO" Funds from this bogus unverified complaint.*

*Agent Siklyan "NEVER" interviewed nor spoke with or to me.*

*I am the sole licensed owner of Harrison Artem Consulting and hereby "DO NOT" give jurisdictional consent to the United States District Court for the District of Colorado.*

*In the Interest of Justice, I request that*

<u>*Any and ALL Funds in the amount of $40,255.36 be submitted in a cashier's check most expediently to Harrison Artem Consulting.*</u>

*Respectfully Submitted under penalty of perjury this day of ,2020.*   / 11/14/2020

**Gwendolyn Harrison**

**Harrison Artem Consulting**

**"A Domestic Violence Program"**

Page 2 of 2