IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   20-cv-03264-WJM-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    $40,255.36 IN FUNDS FROM BANK OF AMERICA ACCOUNT # 325118371144 IN THE NAME OF HARRISON ARTEM CONSULTING,

    Defendant.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant asset described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

        $40,255.36 in funds from Bank of America Account # 325118371144 in the Name of Harrison Artem Consulting.

    DATED this  25  day of  November  2020.

                                    JEFFREY P. COLWELL
                                    Clerk of the U.S. District Court

                                    By:   s/ J. Garcia Gonzalez
                                         Deputy Clerk

