IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE SCOTT T. VARHOLAK

---

Courtroom Deputy Emily Buchanan     FTR- Reporter Deck- Courtroom A402

Date::Submitted on March 1, 2021    Alfred A. Araj United States Courthouse

---

Civil Action No. 20-cv-03264-WJM-STV

RE: $40,255.36 IN FUNDS FROM BANK OF AMERICA
ACCOUNT #325118371144 IN THE NAME OF HARRISON
ARTEM CONSULTING, LLC.

Claimant
GWENDOLYN. HARRISON

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 05 2021

JEFFREY P. COLWELL
CLERK

Dear Honorable Judge Varholak:
This letter serves as a response to the above referenced claim. My name is Gwendolyn Harrison. I am the owner of Harrison Artem Consulting, LLC. On or about February 20, 2020, Bank of America located here in California and where I reside **CLOSED** out my personal checking, savings, business checking and savings accounts. Refunds were later made to my personal checking, savings and even the business savings accounts. However, No funds were returned to the business checking account! Why refund the <u>Business Savings and not the Business Checking account?</u>

Now, one year later, I stiil have not received the checking account funds. Please afford me the opportunity to introduce my business. Harrison Artem Consulting, LLC is a licensed tax identified non-profit Domestic Violence Program. We provide a safe haven for victims of abuse through sheltering, counseling, personal growth and development, financial work shops, employment skills training seminars and other essential needs of our abused

---

victims. This program further promotes a plethora of support strategies designed to address the dysfunctional aspects associated with abuse.

Our affiliates are local, national and global. We generate operational funds through fund raisers, donations, solicitations and contributions This generosity and funding support our various initiatives associated with ending domestic violence. Our discreet benefactors have been instrumental in making a difference for these ladies in need.

The hosted conferences and partnerships extend to but are not limited to California Partnership to End Domestic Violence (CPEDV), Court Appointed Special Advocacy (CASA), Women of Color Network Inc. (WOCN) and the National Association of Forensic Counselors (NAFC).

I find it a blessing and honor to serve and give back to my community the skill set, knowledge, expertise and experience as a retired Captain in the United States Army, Credentialed Professional Certified Administrator Principal and Teacher K-12, Curriculum Specialist, Domestic Violence Counselor, Court Appointed Special Advocate. I further enriched my upward mobility by earning and possessing a Doctorate Degree in Educational Leadership, Organization Leadership and Counseling, just to name a few.

This District Court of Colorado does not have jurisdiction nor venue over me nor my account with Bank of America.

As claimant, I humbly and respectfully request my funds be returned to me as soon as possible without any further delay.

Thank you in advance for bringing closure to this matter.

Respectfully,
Dr. Gwendolyn Harrison
Harrison Artem Consulting, LLC
Cc: AUSA, Laura Hurd

Dr. Gwendolyn Harrison
126 Emory Oak Place
Lathrop, CA 95330

SACRAMENTO CA 957
2 MAR 2021 PM 6 L

Magistrate Judge Scott T. Varholak
Alfred A. Araj U.S. Courthouse
901 19th Street
Denver, CO 80294

80294-250099