**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 02 2021

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### MAGISTRATE JUDGE SCOTT T. VARHOLAK

---

| | |
|---|---|
| Courtroom Deputy Emily Buchanan | FTR- Reporter Deck- Courtroom A402 |
| Date::Submitted on March 26, 2021 | Alfred A. Araj United States Courthouse |

Civil Action No. 20-cv-03264-WJM-STV

RE: $40,255.36 IN FUNDS FROM BANK OF AMERICA
ACCOUNT #325118371144 IN THE NAME OF HARRISON
ARTEM CONSULTING, LLC.

Claimant
GWENDOLYN HARRISON

Dear Honorable Judge Varholak;

Thank you in advance for your justice in presiding over this claim. I am in receipt of correspondence that stipulates my phone was disconnected. It also requests a dismissal of my claim. Sir, that was an erroneous report. My phone has never been disconnected. The voice message was misconstrued. The message states that the Domestic Violence Business (NOT THE PHONE) is not operational due to the Covid Pandemic.

Judge Varholak, I humbly asks you to grant me my claim and bring this matter to a close.

Respectfully Submitted
*Dr. Gwendolyn Harrison*
Dr. Gwendolyn Harrison
Harrison Artem Consulting, LLC
Cc: AUSA Laura Hurd

Ltr.3.26.21 District Ct Judge Horholak



Timothy Herman
2216 Emory Oak Place
Gridley, CA 95948

SACRAMENTO CA 957
29 MAR 2021 PM 2 L

80294-250151

Honorable Judge Scott Varholak
United District Court
901 19th Street, Suite 105A
Denver, CO 80294